**Order entered May 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00052-CV

### KOZAMESA, INC., Appellant

### V.

### MERIDIAN MORTGAGE INVESTORS FUND V, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15377**

## ORDER

We **GRANT** appellant's May 20, 2013 second motion for an extension of time to file a brief. Appellant shall file its brief on or before June 10, 2013.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE